UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

_____

| | |
|---|---|
| ALICE GRABOWSKI, D.O.<br><br>Plaintiff,<br><br>v.<br><br>ANESTHESIA ASSOCIATES OF DANBURY, P.C., et al.<br><br>Defendants. | CASE NO:  3:19-cv-01584-SRU<br><br><br><br><br><br>October 16, 2020 |

_____

**EMERGENCY MOTION TO COMPEL**
**ATTORNEY MARK P. CAREY TO DELIVER CLIENT'S FILE**

The Plaintiff, Dr. Alice Grabowski, by and through her undersigned counsel, hereby moves for an order of this Court compelling her prior counsel, Mark P. Carey of Carey & Associates, PC to deliver to her new counsel, Myles H. Alderman, Jr. of Alderman & Alderman, LLC, the file related to the above captioned case. In support of this motion, Dr. Grabowski respectfully represents the following:

1. On or about April 29, 2019, the Plaintiff retained Attorney Mark P. Carey ("Carey") and his firm of Carey & Associates, PC ("C&A") to represent her interests in connection with the above captioned case.

2. Between May 3, 2019 and March 2, 2020, a period of just nine (9) months, C&A issued forty-two (42) invoices for a total of $128,255.85.

3. The Plaintiff generally paid all invoices as billed in a timely manner, paying C&A a total of $124,024.35 between April 29, 2019 and March 2, 2020.

4. The Plaintiff is a board-certified anesthesiologist and in March, April and May of 2020 was called upon to work extraordinary hours to care for patients during the early months of the COVID-19 pandemic, under extraordinarily difficult conditions, with a substantial risk to her health and safety.

5. On Tuesday, March 24, 2020, while the Plaintiff was tending to patients, Carey sent her an email that read:

> . . . I am forced to continue to pull my attorneys from your case yet again. I am not a bank for you to use interest free. You currently owe $4231.50. If this balance is not paid on Wednesday, I will move to terminate the retainer agreement.

6. The outstanding balance of $4,231.50 to which Attorney Carey was referring was for a pair of invoices issued on February 21, 2020 and March 2, 2020.

7. Without disclosing that the reason that he wanted to withdraw as counsel for the Plaintiff in the above captioned case was his frustration about the two invoices totaling $4,231.50 after having been paid over $124,000.00, Carey filed a motion to withdraw as Plaintiff's counsel in the above captioned case on April 17, 2020 [Doc. Id. No. 30].

8. While Attorney Carey represented to the Court that the Plaintiff had notice of his motion to withdraw, the Plaintiff does not recall seeing any papers related to that motion.

9. On May 1, 2020, the Court granted Attorney Carey's motion to withdraw [Doc. Id. No. 31].

10. A review of the Connecticut Superior Court records shows that in just 2019 and 2020, Attorney Carey has withdrawn from representation of, and

brought suit for fees allegedly owed from, at least five (5) clients – some with alleged balances as low as $2,136.00.

11. On September 10, 2020, this Court entered an Order to Show Cause as to why the above captioned case should not be dismissed for failure to prosecute [Doc. Id. No. 35].

12. The Plaintiff retained the law firm of Alderman & Alderman, LLC on September 29, 2020.

13. On September 30, 2020, the undersigned filed an appearance [Doc. Id. No. 36] and Plaintiff's Response to Order to Show Cause. [Doc. Id. No. 37].

14. Also, on September 30, 2020, the undersigned wrote to Attorney Carey to advise him that the undersigned had filed an appearance on behalf of Dr. Grabowski and to request the file. (A true and accurate copy of that letter is attached as Exhibit A).

15. On October 2, 2020, Attorney Carey advised the undersigned that he would not provide the file until after he received payment of $4,231.50 that he claimed to be owed and after the Plaintiff removed an online review of his firm that Attorney Carey found offensive.

16. Dr. Grabowski does not believe that anything that she stated in her online review was untrue or inaccurate in any way  None-the-less she removed the review as demanded by Attorney Carey to facilitate the delivery of the file needed for the prosecution of the above captioned case.

17. Dr. Grabowski believes that Attorney Carey breached their contract by his billing practices, demands and withdrawal from representation of her during a time a crisis without good cause.  None-the-less, Dr. Grabowski agreed to pay

Attorney Carey the full $4,231.50 that he demanded to facilitate the delivery of the file needed for the prosecution of the above captioned case.

18. On October 15, 2020, the undersigned sent an email to Attorney Carey with a copy of the enclosure letter and check from Alderman & Alderman's IOLTA account in the amount of $4,256.50 to be delivered by the United States Postal Service. The check amount included $4,231.50 to pay the sum demanded by Attorney Carey as a precondition to his delivery of the file to Alderman & Alderman, LLC and $25.00 to cover the cost of mailing that file to the office of Alderman & Alderman, LLC. (A true and accurate copy of that email is attached as Exhibit B).

19. Attorney Carey responded to email shown in Exhibit B and advised that he refuses to accept the payment tendered and deliver Dr. Grabowski's file to the undersigned until he receives a signed releases for him and his firm from any claims, known or unknown, including any potential claims for malpractice.

20. Alderman & Alderman cannot advise a client to release any and all claims, known or unknown, including claims sounding in malpractice, as a precondition to obtaining the file that we have not yet seen.

21. The undersigned needs Dr. Grabowski's file from Attorney Carey in order to provide effective representation to the Plaintiff.

22. The undersigned has used his best efforts to obtain the file without the intervention of this Court.

23. It appears that Attorney Carey will not provide Dr. Grabowski's file to her or her counsel without an order of this Court.

WHEREFORE, the Plaintiff respectfully moves for an order compelling Attorney Carey to deliver Dr. Grabowski's file to the undersigned without delay and for such further relief as justice requires.

By: _/s/ *Myles H. Alderman, Jr./CT01207*
Myles H. Alderman, Jr.
Alderman & Alderman, LLC
185 Asylum Street
Hartford, CT 06103
Phone: (860) 249-0090
Email: courts@alderman.com
Fed Bar # CT01207

**CERTIFICATION OF SERVICE**

    I certify that on October 16, 2020 a copy of the foregoing appearance was, or will be, served by CM/ECF on all counsel and self-represented parties of record. Notice of this filing will be sent by email to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's CM/ECF system.

                                                                      /s/ *Myles H. Alderman, Jr./CT01207*
                                                                           Myles H. Alderman, Jr.